# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:11-cv-00318-MR-DLH

| | | |
|---|---|---|
| SONYA WALLS, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **J U D G M E N T** |
| | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

For the reasons set forth in the Order entered herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that

that the Magistrate Judge's Memorandum and Recommendation [Doc. 17]

is **ACCEPTED**; the Defendant's Motion for Summary Judgment [Doc. 15] is

**DENIED**; and the Plaintiff's Motion for Summary Judgment [Doc. 13] is

**GRANTED** to the extent that the Plaintiff seeks reversal of the

Commissioner's decision denying her disability benefits.  To the extent that

the Plaintiff seeks an immediate award of benefits, the Plaintiff's Motion

[Doc. 13] is **DENIED**.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the decision of the Commissioner under Sentence Four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED** and this case is hereby **REMANDED** for further administrative proceedings.

Signed: March 12, 2013

Martin Reidinger
United States District Judge

2